# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**JUDGMENT RENDERED JANUARY 14, 2019**

**NO. 03-18-00476-CV**

**In the Matter of D. J. M.**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the transfer order signed by the juvenile court on June 21, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the juvenile court's transfer order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.